**Deny and Opinion Filed this 17th day of June, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00735-CV

### IN RE ROBERT AND CHRISTINE NEAL, Relators

**Original Proceeding from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-55960-2013**

## MEMORANDUM OPINION

Before Justices O'Neill, Lang, and Brown
Opinion by Justice Lang

Relators filed this petition for writ of mandamus requesting that the Court order the trial court to vacate its June 2, 2014 "Order Extending Temporary Orders." The facts and issues are well-known to the parties so we do not recount them here. Based on the record before us, we conclude relators have not shown they are entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839–40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relators' petition for writ of mandamus.

140735F.P05

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE